IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>J.L. PATTON PROPERTIES D/B/A )<br>CENTRAL STATION SPORTS CAFÉ )<br>and RICHARD DEAN MENEFEE, )<br>)<br>Defendants. ) | CIVIL ACTION NO.:<br>1:09-CV-2296 |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF COLONY INSURANCE COMPANY**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, counsel for Colony Insurance Company ("Colony") states as follows:

**(1)** The undersigned counsel of record for Colony certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**(a)** Colony is a 100% owned subsidiary of Argo Group International Holdings, Ltd; and

**(b)** Upon information and belief, J. L. Patton Properties d/b/a Central Station Sports Café is a sole proprietorship owned and operated by Joshua L. Patton.

**(c)** Upon information and belief, Richard Dean Menefee is an individual.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**(a)** For Colony:

Michael J. Athans, Esq.
Jeffrey A. Kershaw, Esq.
Fields, Howell, Athans & McLaughlin LLP
191 Peachtree Street, N.E.
Suite 4600
Atlanta, Georgia  30309
Telephone:  (404) 214-1250
Facsimile:  (404) 214-1251

**(b)** For J. L. Patton Properties d/b/a Central Station Sports Café:

Unknown.

      **(c)**    For Richard Dean Menefee:

           Unknown

Respectfully submitted this 21st day of August, 2009.

                                                 Fields, Howell, Athans & McLaughlin LLP

                                                        s/Jeffrey A. Kershaw
                                              Michael J. Athans
                                              Georgia Bar No. 026285

191 Peachtree Street, N.E.        Jeffrey A. Kershaw
Suite 4600                               Georgia Bar No. 159054
Atlanta, Georgia  30309
Telephone:   (404) 214-1250       *Attorneys for Plaintiff*
Facsimile:    (404) 214-1251       *Colony Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: |
| ) | 1:09-CV-2296 |
| J.L. PATTON PROPERTIES D/B/A ) | |
| CENTRAL STATION SPORTS CAFÉ ) | |
| and RICHARD DEAN MENEFEE, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date a copy of the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF COLONY INSURANCE COMPANY** was served via U.S. Mail as follows:

J.L. Patton Properties d/b/a        Richard Dean Menefee
Central Station Sports Café         8567 Peartree Court
3180 S.E. Main Street               Riverdale, GA 30274
East Point, GA 30344

This 21st day of August, 2009.

Fields, Howell, Athans & McLaughlin LLP

          s/Jeffrey A. Kershaw
Jeffrey A. Kershaw
Georgia Bar No.: 159054

{3001500\0003\00096800.DOCv1}